Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
PO Box 98
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

FILED'09 JUN 05 14:41USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

SUSAN SIMMONS

    Plaintiff,

v.

MICHAEL J. ASTRUE
Commissioner of Social Security,

    Defendant.

CV 08-6040-HU

ORDER FOR EAJA
ATTORNEY FEES

---

Based upon the stipulation of the parties, the Commissioner is ordered to pay

$7,400.00 for Equal Access to Justice Act (EAJA) attorney fees to Plaintiff in care of

Plaintiff's attorney and mailed to Plaintiff's attorney. No costs are awarded to either

party.

It is so ordered:

DATED June 5, 2009

United States District Court Judge

Prepared as to form

/s/   Alan Graf
Attorney for Plaintiff

ORDER